| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHESNEY, MAXINE M. | United States District Court, Northern District of California | 1/12/95 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge | X Nomination, Date _____ ___ Initial ___ Annual ___ Final | 1/1/94 - 1/12/95 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ____ |
|---|---|
| 633 Folsom Street, Courtroom 404 San Francisco, California 94107 | Reviewing Officer Signature _____ |

IMPORTANT NOTES: The Instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Judge | California Superior Court, City and County of San Francisco |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 2/26/93 | With San Francisco City & County Employees' Retirement System for receipt of retirement pension payable monthly until death, based on former employment with San Francisco District Attorney. Initially in amount of $741, adjustable annually by cost-of-living increase not to exceed 2% of initial amount. Current monthly amount $756. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | State of California - Judicial Salary | $ 177,292 |
| | State of California - Judicial Salary (S) | $ - |
| | City & County of San Francisco - Judicial Salary | $ 18,586 |
| | City & County of San Francisco - Judicial Salary (S) | $ - |
| | Continued on Attachment #1 | $ |

# FINANCIAL DISCLOSURE REPORT

Attachment #1

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 35101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHESNEY, MAXINE M. | | 1/12/95 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial ___ Annual ___ Final | 6. Reporting Period |
|---|---|---|

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ <br><br> Reviewing Officer Signature _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign the last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

---

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

---

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | San Francisco City & County Employees' Retirement System - Pension | $ 17,070 |
| | California Judges' Retirement System - Pension (S) | $ - |
| | Judicial Arbitration & Mediation Services, Inc. - | $ - |
| | Arbitration and mediation fees (S) | $ |
| | | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>CHESNEY, MAXINE M. | Date of Report<br>1/12/95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

**SOURCE**      **DESCRIPTION**

☐ NONE (No such reportable reimbursements or gifts)

EXEMPT

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

**SOURCE**      **DESCRIPTION**      **VALUE**

☐ NONE (No such reportable gifts)

EXEMPT

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-17 of Instructions.)

**CREDITOR**      **DESCRIPTION**      **VALUE CODE***

☒ NONE (No reportable liabilities)

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHESNEY, MAXINE M. | 1/12/95 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (X) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (J) for ownership by dependent children | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code | (2) Type (e.g. div., rent, int.) | (1) Value Code | (2) Value Method Code | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| Common Stock Advanced Polymer (S) | - | None | K | T | | | | | |
| Common Stock AirTouch Communications | A | div. | K | T | | | | | |
| Mutual Fund American Balanced | B | div. | L | T | | | | | |
| Common Stock A.T.&T. (J) | B | div. | L | T | | | | | |
| Common Stock Catellus | - | None | J | T | | | | | |
| Common Stock Chris-Craft | A | div. | J | T | | | | | |
| Bond CA Dept. Water Resources | A | int. | J | T | | | | | |
| Bond CA Dept. Water Resources | B | int. | J | T | | | | | |
| Mutual Fund Fidelity CA High Yield | B | div. | K | T | | | | | |
| Mutual Fund Fidelity CA Muni Money Mkt | A | div. | K | T | | | | | |
| Bank Checking Acct. First Interstate,San Francisco CA | B | int. | M | T | | | | | |
| Bank Checking Acct. First Interstate,San Fran. CA (S) | A | int. | K | T | | | | | |
| Common Stock General Motors (J) | A | div. | J | T | | | | | |
| Money Mkt Savings Bank Acct Great Western, San Fran. CA | A | int. | J | T | | | | | |
| IRA Great Western, San Fran. CA | A | int. | K | T | | | | | |
| Common Stock GTE (J) | B | div. | K | T | | | | | |
| Common Stock IBM | A | div. | J | T | | | | | |
| Mutual Fund Lord Abbett Affiliated | D | div. | L | T | | | | | |
| Mutual Fund MFS Muni Bond - A | A | div. | J | T | | | | | |
| Mutual Fund - Common Stock MFS Muni Income Trust | A | div. | J | T | Continued on Attachment #2 | | | | |

Income/Gain Codes: A=$1,000 or less, B=$1,001 to $2,500, C=$2,501 to $5,000, D=$5,001 to $15,000
Value Codes: J=$15,000 or less, K=$15,001 to $50,000, L=$50,001 to $100,000, M=$100,001 to $1,000,000
Value Method Codes: Q=Appraisal, U=Book Value, R=Cost (real estate only), W=Other

| FINANCIAL DISCLOSURE REPORT (cont'd) Attachment #2 | Name of Person Reporting CHESNEY, MAXINE M. | Date of Report 1/12/95 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – Income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)", used if joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (div. rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| [1] Common Stock Merck & Co. (J) | A | div. | J | T | | | | | |
| [2] Common Stock J.P. Morgan & Co. (J) | - | None | K | T | | | | | |
| [3] Common Stock New England Elec. Systems | C | div. | K | T | | | | | |
| [4] Common Stock New York Times, Class A (J) | - | None | J | T | | | | | |
| [5] Common Stock NYNEX | C | div. | K | T | | | | | |
| [6] Common Stock PacifiCorp | A | div. | J | T | | | | | |
| [7] Common Stock P.G.&E. | B | div. | J | T | | | | | |
| [8] Common Stock Pacific Telesis | C | div. | K | T | | | | | |
| [9] Mutual Fund Prudential CA Muni Income (S) | D | div. | J | T | | | | | |
| [10] Common Stock Santa Fe Energy Resources | - | None | J | T | | | | | |
| [11] Common Stock Santa Fe Pacific | A | div. | J | T | | | | | |
| [12] Common Stock Santa Fe Pacific Gold | A | div. | J | T | | | | | |
| [13] Common Stock Schlumberger Ltd. (J) | - | None | K | T | | | | | |
| [14] Mutual Fund Security Equity | B | div. | J | T | | | | | |
| [15] Mutual Fund Sierra CA Money Mkt. | A | div. | K | T | | | | | |
| [16] Mutual Fund Smith Barney Money (J) | - | None | L | T | | | | | |
| [17] Common Stock Tenneco | A | div. | J | T | | | | | |
| [18] Common Stock Time Warner (J) | - | None | J | T | | | | | |
| [19] Common Stock Unilever N.V. | B | div. | K | T | | | | | |
| [20] Common Stock Varian | A | div. | J | T | Continued on Attachment #3 | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to $5,000 D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=more than $1,000,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=more than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book Value V=Other W=Estimated

FINANCIAL DISCLOSURE REPORT (cont'd)
Attachment #3

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M. | 1/12/95 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for individual and spouse, "(J)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date month, day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | EXEMPT | | | | | |
| 1 Common Stock Zurn Industries | A | div. | J | T | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHESNEY, MAXINE M. | 1/12/95 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date January 12, 1995

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

FINANCIAL STATEMENT

MAXINE MACKLER CHESNEY          NET WORTH

January 12, 1994

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 200 | 281 | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule (Attached) | 795 | 302 | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule(Residence) See below | 188 | 000 | |
| Real estate owned—add schedule (RESIDENCE) 1150 Lombard St. #30, San Francisco CA. | 750 | 000 | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 47 | 000 | | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| ART | 135 | 000 | | | | | |
| IRA | 19 | 257 | | | | | |
| | | | | Total liabilities | 188 | 000 | |
| | | | | Net Worth | 1,758 | 840 | |
| Total Assets | 1,946 | 840 | | Total liabilities and net worth | 1,946 | 840 | |
| CONTINGENT LIABILITIES | None | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | Real Estate Mortgage: West One Mortgage | | | |
| Other special debt | | | | Boise, Idaho | 83707 | | |

## SCHEDULE OF LISTED SECURITIES

| | | |
|---|---|---|
| ADVANCED POLYMER CORP. | (6000 SHARES) | $29,250 |
| AIRTOUCH CORP. | (1261 SHARES) | $36,569 |
| AMERICAN BALANCED FUND | (4205 SHARES) | $50,670 |
| AT&T | (1248 SHARES) | $59,592 |
| CATELLUS CORP. | (148 SHARES) | $851 |
| CHRIS-CRAFT CORP. | (149 SHARES) | $5,066 |
| FIDELITY SPRTN MONEY MKT FUND | (27,776 SHARES) | $27,776 |
| FIDELITY CA HI-YIELD FUND | (1469 SHARES) | $15,571 |
| GENERAL MOTORS | (190 SHARES) | $7,980 |
| GTE CORP. | (885 SHARES) | $26,661 |
| IBM | (116 SHARES) | $8,816 |
| LORD ABBETT AFFILIATED FUND | (7309 SHARES) | $73,602 |
| MFS MUNI BOND FUND - A | (1281 SHARES) | $13,143 |
| MFS MUNI INCOME TRUST | (1000 SHARES) | $8,875 |
| MERCK & CO. | (400 SHARES) | $14,750 |
| J.P. MORGAN & CO. | (300 SHARES) | $17,138 |
| NEW ENGLAND ELEC. SYSTEMS | (1038 SHARES) | $33,476 |
| NEW YORK TIMES, CLASS A | (400 SHARES) | $9,200 |
| NYNEX CORP. | (1301 SHARES) | $47,161 |
| PACIFICORP | (390 SHARES) | $7,099 |
| P.G.&E. | (530 SHARES) | $12,985 |
| PACIFIC TELESIS CORP. | (1327 SHARES) | $37,820 |
| SANTA FE ENERGY RESOURCES | (179 SHARES) | $1,499 |
| SANTA FE PACIFIC CORP. | (610 SHARES) | $10,658 |
| SANTA FE PACIFIC GOLD CORP. | (363 SHARES) | $4,447 |

## SCHEDULE OF LISTED SECURITIES (Cont'd)

| | | |
|---|---|---|
| SCHLUMBERGER LTD. | (300 SHARES) | $15,225 |
| SECURITY EQUITY FUND | (2757 SHARES) | $14,061 |
| SIERRA CA MONEY MKT FUND | (32,606 SHARES) | $32,606 |
| SMITH BARNEY MONEY FUND | (66,715 SHARES) | $66,715 |
| TENNECO CORP. | (150 SHARES) | $6,450 |
| TIME WARNER, INC. | (300 SHARES) | $10,575 |
| UNILEVER N.V. | (415 SHARES) | $48,970 |
| VARIAN CORP. | (256 SHARES) | $9,120 |
| ZURN INDUSTRIES | (200 SHARES) | $3,775 |

| | |
|---|---|
| STATE OF CALIF. DEPT. OF WATER RESOURCES BOND (10,000 FACE VALUE @ 7½%, MATURES 12/1/16) | $10,000 |
| STATE OF CALIF. DEPT. OF WATER RESOURCES BOND ($15,000 FACE VALUE @ 7-1/8%, MATURES 12/1/24) | $15,000 |
| STATE OF ISRAEL 4% DOLLAR COUPON BOND ($500 FACE VALUE, MATURES 5/1/95) | $450 |
| STATE OF ISRAEL 15-YEAR SAVINGS BOND (ISSUE AMOUNT $1,000. $1,800 AT MATURITY, MATURES 6/1/95) | $1,700 |